IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET KASZER | ) |
| | ) |
|     Plaintiff | ) |
| | ) CIVIL ACTION FILE NUMBER |
| v. | ) |
| | ) 1:17-0624-TCB |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY | ) |
| | ) |
|     Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff Janet Kaszer and defendant Metropolitan Life Insurance Company and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear her/its own costs and expenses of litigation.

This 3rd day of November, 2017.

[*signatures on following page*]

| | |
|---|---|
| s/ *Heather K. Karrh* | s/ *Elizabeth J. Bondurant* |
| Heather K. Karrh | Elizabeth J. Bondurant |
| Georgia Bar No. 408379 | Georgia Bar No. 066690 |
| | s/ *Nikole M. Crow* |
| | Nikole M. Crow |
| | Georgia Bar No. 198359 |
| Attorney for Plaintiff | Attorneys for Defendant |
| ROGERS, HOFRICHTER & KARRH, P.C. | WOMBLE BOND DICKINSON (US) LLP |
| 225 S. Glynn Street, Suite A | 271 17th Street, N.W., Suite 2400 |
| Fayetteville, Georgia 30214 | Atlanta, Georgia 30363-1017 |
| (770) 460-1118 (telephone) | (404) 872-7000 (telephone) |
| (770) 460-0920 (facsimile) | (404) 888-7490 (facsimile) |
| hkarrh@rhkpc.com | lisa.bondurant@wbd-us.com |
| | nikole.crow@wbd-us.com |